**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**DAVID CHARLES BARNES, SR.**                                              **PLAINTIFF**

        v.            Civil No. 04-2285

**DAVID DUGAN, Jailer; FRANKIE**
**STAMPS, Jailer; SGT. RITTER;**
**FRANK ATKINSON, Sheriff,**
**Sebastian County, Arkansas; and**
**CRYSTAL REED, Jail Nurse**                                              **DEFENDANTS**

### O R D E R

Now on this 16th day of August, 2005, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #21) in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendants' **Motion For Summary Judgment** is **granted in part and denied in part.**

The motion is **granted insofar as it seeks summary judgment in favor of separate defendants David Dugan, Frankie Stamps, Sgt. Ritter, and Sheriff Frank Atkinson,** and plaintiff's claims against these separate defendants are hereby **dismissed.**

The motion is **denied insofar as it seeks summary judgment in**

**favor of separate defendant Crystal Reed,** and plaintiff's claims against that defendant are remanded to the Magistrate Judge for further handling.

**IT IS SO ORDERED.**

                                                  **/s/ Jimm Larry Hendren**
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**