```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

**DAVID CHARLES BARNES, SR.**                                    **PLAINTIFF**

v.                     Civil No. 04-2285

**CRYSTAL REED, Jail Nurse**                                     **DEFENDANT**

## O R D E R

Now on this 3rd day of February, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #33), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **judgment is entered in the defendant's favor and this case is dismissed.**

                              **/s/Jimm Larry Hendren**
                              **HON. JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**